AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS JAN 2 5 2015 |

United States District Court
Southern District of Texas

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
RAMIREZ-Lopez, Jose MX
GONE-Montoya, Roberto Carlos MX

**CRIMINAL COMPLAINT**

CASE NUMBER: M-15-0100-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 24, 2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 325.44 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 325.44 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes   ___ No

Signature of Complainant
Ricardo Ruiz, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

January 25, 2015    4:04 pm   At   McAllen, Texas
Date                                    City and State

Peter E. Ormsby, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## Attachment " A"

At approximately 09:23 p.m., agents were conducting surveillance west of the Donna, Texas Port of Entry, this area is notorious for alien and narcotic smuggling. Border Patrol Agent (BPA) Jared Barton observed a white Ford Expedition travel south of Military Highway 281 on Krenmueller's Pump Road. The vehicle headed south at a high rate of speed with its lights turned off. BPA Barton immediately relayed information to backup units via service radio. BPA Barton then relayed that several subjects appeared from south of the river levee carrying large bundles. The subjects approached the vehicle and proceeded to load the bundles into the vehicle. BPA Barton advised that the vehicle was heading back north on Krenmueller's Road towards Military Highway 281. Agent Ricardo Alaniz immediately responded to the area and headed south on Krenmueller's Road where he spotted the vehicle. The vehicle continued towards Agent Alaniz's direction and refused to yield to the emergency lights. Agent Alaniz relayed the description and direction of travel of the vehicle to responding agents. BPA Elde Garcia observed the vehicle and monitored its direction of travel west on Military Highway 281. Agents advised Agent Alanis of its location on Military Highway 281 at which time he was able to gain visual contact with the Ford Expedition. Texas Department of Public Safety (DPS) Trooper was behind me and BP Agent assisted Agents with the pursuit. Dispatch was advised of the location and direction of travel of the load vehicle and air support was requested.

Border Patrol Agents continued to follow the vehicle west on Military Highway 281 until turning north on Farm to Market (FM) 907. Agent Alanis continued to relay to dispatch the location and direction of travel of the vehicle. At approximately 09:32 pm Rio Grande Valley Air asset (Omaha 035A) advised that he had visual of the vehicle heading north on FM 907. Alamo Police department was also advised of the situation and responded to the pursuit north of our last location. Agent Alanis continued to relay speed and direction of travel of the vehicle to dispatch until Supervisory Border Patrol Agent Ricardo Marin advised to terminate the pursuit. The pursuit was immediately terminated, but Agent Alanis continued and followed the vehicle from a safe distance. DPS successfully spiked the vehicle on FM 907 near Highway 83. The vehicle continued north and finally bailed out on FM 907 and Hackberry Road.

Agent Alanis arrived on scene, and observed one subject exit the vehicle and run west of FM 907 into an alley. After a short foot chase, Agent Alanis was able to apprehend the subject who was later identified as RAMIREZ-Lopez, Jose. A second subject, who was later identified as GONE-Montoya, Roberto Carlos, exited the vehicle and ran east. He was apprehended by BPA Eldie Garcia. The vehicle, narcotics, and two subjects were transported to the Weslaco, Texas Border Patrol Station for further processing.

The USBP Agents seized a total of eleven (11) bundles of marijuana from within the load vehicle RAMIREZ was driving. The bundles were transported to the Weslaco Border Patrol Station for processing. The bundles of marijuana had a total weight of 325.440 kilograms.

On this same date, TFO Ricardo Ruiz, TFO Ismael Rivas, and TFO Cosme Muniz responded to the Weslaco Border Patrol Station to interview RAMIREZ and GONE. TFO Ruiz read GONE his Miranda Warnings and GONE waived his rights. GONE cooperated with the agents and stated he was the passenger of the white Ford Expedition that was loaded with marijuana. GONE stated that RAMIREZ was the driver and

that when they observed Border Patrol they fled in the Ford Expedition. After a vehicle pursuit, the Ford Expedition wrecked and both GONE and RAMIREZ fled on foot but were detained by Border Patrol Agents after a short foot pursuit.

Agents then interviewed RAMIREZ. TFO Ruiz read RAMIREZ his Miranda Warnings and RAMIREZ waived his rights. RAMIREZ cooperated with the agents and stated he was the driver of the white Ford Expedition that was loaded with marijuana. RAMIREZ stated that he crossed the river in a boat loaded with marijuana along with two other unknown men. RAMIREZ stated that once on the United States side, he and the other men loaded the marijuana into a white Ford Expedition. RAMIREZ stated that he and the unknown male passenger then fled the river's edge as they observed Border Patrol approaching.

After a vehicle pursuit, the Ford Expedition wrecked and both GONE and RAMIREZ fled on foot but were detained by Border Patrol Agents after a short foot pursuit.